AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Asbury<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | **Case: 1:23-mj-00146**<br>**Assigned To : Harvey, G. Michael**<br>**Assign. Date : 6/27/2023**<br>**Description: Complaint W/ Arrest Warrant** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                          Michael Asbury                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☒ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231 (a)(3) -Civil Disorder
18 U.S.C. § 1752(a)(1) - Entering or Remaining in an Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in, a restricted building or grounds
18 U.S.C. § 1752(a)(4)- Engaging in physical violence in a restricted building or grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a capitol building;
40 U.S.C. § 5104(e)(2)(F)- Act of physical violence in the capitol grounds or buildings

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.06.27 11:26:03 -04'00'

Date:     06/27/2023

_____
*Issuing officer's signature*

City and state:          Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
_____
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 06/27/2023 and the person was arrested on *(date)* 06/28/2023<br>at *(city and state)* Lenoir City TN . |
| Date: 06/28/2023            *Jeni M*<br>                              *Arresting officer's signature*<br><br>                   Jessi Mann    Special Agent<br>                              *Printed name and title* |